**Robert S. REYNOLDS, Plaintiff—Appellant,**

v.

**Mark WARNER, Honorable, Governor of Commonwealth of Virginia, Defendant—Appellee,**

and

**Medical College of Virginia, Auxiliary of Virginia Commonwealth University Health System; Retreat Hospital, Incorporated, Defendants.**

No. 05–1826.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2006.

Decided: Feb. 28, 2006.

Robert S. Reynolds, Appellant Pro Se. Stephen Michael Hall, Judith Williams Jagdmann, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert S. Reynolds appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Reynolds' motion for an en banc hearing and affirm for the reasons stated by the district court. *See Reynolds v. Warner*, No. CA–05–349 (E.D. Va. June 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*